**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>GURMEET DHARIWAL<br><br>Debtor | Chapter 13<br><br>Case No. 18-11798-BFK |

**<u>OBJECTION TO CLAIM</u>
<u>NOTICE OF OBJECTION TO CLAIM</u>
<u>AND</u>
<u>NOTICE OF SCHEDULED HEARING ON THIS OBJECTION</u>**

To:    Ascentium Capital LLC
       c/o Melody G. Anderson, Esq.
       Wright Law Group, PLLC
       4470 W. Sunset Blvd., Ste. 90003
       Los Angeles, CA 90027

       C T Corporation System
       Registered Agent for
       Ascentium Capital LLC
       4701 Cox Rd., Ste. 285
       Glen Allen, VA 23060

Gurmeet Dhariwal
8812 Ridge Hollow Ct.
Springfield, VA 22152

Ashvin Pandurangi
Attorney for Debtor
AP Law Group, PLC
211 Park Ave.
Falls Church, VA 22046

You have filed a claim in the amount of $70,392.96 (arrearage of $7,097.88) with a Court claim number of 12 in this Chapter 13 case.

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to your filed claim and asks that the remaining balance be disallowed as it is a late filed claim.

**<u>Your claim may be reduced, modified or eliminated</u>. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

Objection to Claim, page 2
18-11798-BFK, Gurmeet Dhariwal

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on October 3, 2019 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

        Thomas P. Gorman
        300 North Washington Street, Ste. 400
        Alexandria, VA 22314

        Clerk of the Court
        United States Bankruptcy Court
        200 South Washington Street
        Alexandria, VA 22314

If you or your attorney do not take these steps, the court will decide that you do not oppose objection to your claim.

Date:  August 22, 2019                ___/s/ Thomas P. Gorman _____
                                                    Thomas P. Gorman
                                                    Chapter 13 Trustee
                                                    300 N. Washington St.; Ste. 400
                                                    Alexandria, VA 22314
                                                    (703) 836-2226
                                                    VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 22nd day of August, 2019, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Claim, Notice of Objection, and Notice of Hearing to the parties listed in the heading hereof.

                                                            /s/ Thomas P. Gorman_____
                                                            Thomas P. Gorman